**WILMERHALE**

September 25, 2023

<u>**VIA ECF**</u>

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Mei Di Chen, et al. v. Dim Sum Palace Inc., et al.*, No. 1:23-cv-01707 (AS) (S.D.N.Y.)
     **Joint Letter Requesting Adjournment of September 28, 2023 Initial Pretrial Conference**

Dear Judge Subramanian:

The parties submit this joint letter to request an adjournment of the initial pretrial conference currently scheduled for September 28, 2023.

Following an unsuccessful court-ordered mediation session on August 24, 2023, the parties have recently reached an agreement in principle and are working in good faith to document the settlement. The parties hope to be able to submit, within 21 days, an executed agreement for the Court's review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).

This is the first request for adjournment by either party in this case, and there are currently no other scheduled appearances or deadlines apart from the initial pretrial conference scheduled for September 28, 2023.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Alan E. Schoenfeld

Alan E. Schoenfeld

> The request is GRANTED. If the parties do not submit an executed agreement for the Court's review by October 16, 2023, at 5:00 p.m., this conference will be held on **October 17, 2023, at 10:30 a.m.** The Clerk of Court is directed to close ECF 33.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: September 26, 2023

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    San Francisco    Washington