UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEI DI CHEN, et al.,<br><br>                      Plaintiffs,<br><br>      -against-<br><br>DIM SUM PALACE INC., et al.,<br><br>                      Defendants. | 23-cv-1707 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

        On October 30, 2023, the parties submitted a settlement for this Court's approval under *Cheeks*. Dkt. 37. But the settlement's signature page had not been signed by the parties. The parties shall re-submit the settlement with the proper signatures as soon as possible.

        SO ORDERED.

Dated: November 1, 2023
       New York, New York

                                                                 ARUN SUBRAMANIAN
                                                               United States District Judge